# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Danielle Graves,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-03753-PHX DGC |
| Bertha Griffin,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV19-00497-PHX DGC |
| Joshua Hall,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV19-01140-PHX DGC |
| Peter B. Hamilton,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV18-04485-PHX DGC |

| | |
|---|---|
| Kathryn M. Handke by Gary Handke, Power of Attorney), <br>         Plaintiff, <br> v. <br><br> C.R. Bard, et al., <br>         Defendants. | No.  CV18-04426-PHX DGC |
| Candace D. Haralson, <br>         Plaintiff, <br> v. <br><br> C.R. Bard, et al., <br>         Defendants. | No.  CV19-00642-PHX DGC |
| Derrick Harnett, <br>         Plaintiff, <br> v. <br><br> C.R. Bard, et al., <br>         Defendants. | No.  CV18-03469-PHX DGC |
| Lena Harrington, <br>         Plaintiff, <br> v. <br><br> C.R. Bard, et al., <br>         Defendants. | No.  CV16-00824-PHX DGC |
| Carrie L. Harvey, <br>         Plaintiff, <br> v. <br><br> C.R. Bard, et al., <br>         Defendants. | No.  CV18-04576-PHX DGC |
| Virginia L. Hayden, <br>         Plaintiff, <br> v. <br><br> C.R. Bard, et al., <br>         Defendants. | No.  CV18-02373-PHX DGC |

| | |
|---|---|
| Emile Hayes,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No.  CV17-00390-PHX DGC |
| Jordan Heiger,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No.  CV19-02545-PHX DGC |
| James E. Henry,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No.  CV16-00228-PHX DGC |
| Shayne Hibbard,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No.  CV18-02427-PHX DGC |
| Margaret E. Highsmith,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No.  CV19-00468-PHX DGC |
| Brenda R. Hill,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No.  CV17-03701-PHX DGC |

| | |
|---|---|
| David C. Hirt,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-03480-PHX DGC |
| Sanantone Hodges,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-01936-PHX DGC |
| Stacey L. Horton,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-03542-PHX DGC |
| James C. Hudson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-01938-PHX DGC |
| Roger N. Huffman,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-03488-PHX DGC |
| Kemene A. Hunter,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-04369-PHX DGC |

| | |
|---|---|
| Jeffery Hurst,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV18-03491-PHX DGC |
| Alvis L. Irwin,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV17-03084-PHX DGC |
| Angela K. Jackson,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV17-01363-PHX DGC |
| William A. Jackson,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV17-03473-PHX DGC |
| Jeffrey A. Jackson,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV17-03507-PHX DGC |
| Linda K. Jackson,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV19-00201-PHX DGC |

| | |
|---|---|
| Juanita Jackson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-01387-PHX DGC |
| Sandy L. Jett-Williams,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04621-PHX DGC |
| Sheliba Jiles,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-00470-PHX DGC |
| Mary J. Johnson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-02988-PHX DGC |
| Delores R. Jones,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV16-04161-PHX DGC |
| Marlena E. Jones,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-04421-PHX DGC |

| | |
|---|---|
| Charlotte D. Jones,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-00257-PHX DGC |
| Eileen Jordan,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-01343-PHX DGC |
| Aaron J. Joseph,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV19-00446-PHX DGC |
| Barbara J. Kaplysh,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-00805-PHX DGC |
| Henry O. Kennedy,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-03458-PHX DGC |
| Michael J. Kett,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-02872-PHX DGC |

| | |
|---|---|
| Janet A. Kimbro,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-00224-PHX DGC |
| Frank D. King,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-01955-PHX DGC |
| Daniene King,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03603-PHX DGC |
| Daniene King,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-04021-PHX DGC |
| Wallene Kingston-O'Reilly,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-04423-PHX DGC |
| John H. Kirin,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03771-PHX DGC |

| | |
|---|---|
| William C. Kirsch,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04399-PHX DGC |
| Peter Kitchin,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-01328-PHX DGC |
| David Kizziah,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04028-PHX DGC |
| Shirley Knaster,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04394-PHX DGC |
| Elizabeth A. Kristoff,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-01959-PHX DGC |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20898.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20898) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 20th day of November, 2019.

*David G. Campbell*
_____
David G. Campbell
Senior United States District Judge