## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**EILEEN JORDAN,**

    **Plaintiff,**

v.                                                            Case No. 6:22-cv-00539-WWB-LHP

**C. R. BARD, INC. et al.,**

    **Defendant.**

_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed *with prejudice* against all Defendants, with each party to bear its own costs.

Dated: January 18, 2023

| | |
|---|---|
| _/s/ Eileen Jordan (signed w/ permission)_<br>Eileen Jordan (pro se)<br>2658 River Landing Drive<br>Sanford, Florida 32771<br>Email: eileenjordan@ucwv.edu<br>Telephone: (321) 356-3160<br><br>*Plaintiff Pro Se* | _/s/ Matthew B. Lerner_<br>Matthew B. Lerner<br>Florida Bar No. 548618<br>matthew.lerner@nelsonmullins.com<br>**NELSON MULLINS RILEY &<br>SCARBOROUGH LLP**<br>201 17th Street NW, Suite 1700<br>Atlanta, Georgia 30363<br>Telephone: (404) 322-6000<br>Facsimile: (404) 322-6050<br><br>*Counsel for Defendants C. R. Bard, Inc.<br>and Bard Peripheral Vascular, Inc.<br>Attorneys for Defendants C. R. Bard, Inc.<br>and Bard Peripheral Vascular, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 18th day of January, 2023, the foregoing document was filed with court using the court's CM/ECF system which automatically sends notice of filing to all counsel of record via their registered email addresses and was also served via U.S. Mail and e-mail upon the following:

Eileen Jordan (pro se)
2658 River Landing Drive
Sanford, Florida 32771
Email: eileenjordan@ucwv.edu

                                                */s/ Matthew B. Lerner*
                                                Matthew B. Lerner