**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

EILEEN JORDAN,

      Plaintiff,

v.                                                                          Case No. 6:22-cv-539-WWB-LHP

C R BARD INCORPORATED and
BARD PERIPHERAL VASCULAR
INCORPORATED,

      Defendants.

## ORDER

THIS CAUSE is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. 34), filed January 18, 2023. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on January 20, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record